IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

UNITED STATES OF AMERICA,

    v.                                                                      Criminal No. 3:24cr170 (DJN)

RUSHION LEEPER,
       Defendant.

**ORDER**
**(Adopting Report and Recommendation)**

This matter comes before the Court on the Report and Recommendation of the Magistrate Judge entered on January 29, 2025, (ECF No. 19), which recommended acceptance of Defendant Rushion Leeper's ("Defendant") plea of guilty to Count ONE (1) of the Indictment in a proceeding conducted by Magistrate Judge Mark R. Colombell with the consent of Defendant. Magistrate Judge Colombell conducted a full inquiry and made all necessary findings pursuant to Federal Rule of Criminal Procedure 11. The time to file objections has expired and neither party has objected to the Report and Recommendation.

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS that:

    1.    The Report and Recommendation of the Magistrate Judge (ECF No. 19) is ACCEPTED and ADOPTED as the OPINION of the Court; and

2.     The Court accepts Defendant's plea of guilty to Count ONE (1) of the Indictment and finds Defendant guilty as charged.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.



/s/
David J. Novak
United States District Judge

Alexandria, Virginia
Date: February 13, 2025